## TEXENE BOSCO *v.* J. NEALE MACDONALD COMPANY, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 902 (AC 15161), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Ralph C. Crozier*, in support of the petition.

*Kevin P. Walsh*, in opposition.

Decided June 25, 1997

## STEPHEN C. ELDRIDGE *v.* PHYLLIS ELDRIDGE

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 904 (AC 15839), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court properly affirm the contempt judgment rendered against the plaintiff for his failure to pay alimony to the defendant even though the alimony payments previously made by the plaintiff exceeded his liability to the defendant?"

The Supreme Court docket number is SC 15716.

*Richard L. Albrecht*, in support of the petition.

*Robert H. Rubin*, in opposition.

Decided June 25, 1997